tober 18, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

Francis S. HUTCHINS, respondent, v. John H. PARKS, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order reversed, without costs, upon the ground that an order of reference as a condition of continuing the case should not have been made. The reference was not ordered because there was a referable issue. If the plaintiff would have a reference on such grounds, he should move for it, and show that he is entitled to it. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Caroline HYATT v. Rachel WEISENBERG. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Settle order on notice.

James M. HYDE, applt., v. NEW YORK CENT. & H. R. R. Co., respt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion denied.

In the Matter of the Application of HYDRAULIC POWER CO. OF NIAGARA FALLS to perpetuate the testimony of Charles B. Gaskill and one, etc. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order reversed, with $10 costs and disbursements and motion denied, with $10 costs. Held: The opposing affidavits show prima facie title to the piece of land in question in appellant, the Pettebone-Cataract Paper Company. The land being vacant and uninclosed, possession is presumed to follow the legal title. The Special Term should have denied the application, on the ground that petitioner was apparently not in possession at the date of the petition and for one year next preceding as alleged in the petition and as required by section 1688d of the Code of Civil Procedure. All concur.

Bessie ISHIE v. ALFRED E. NORTON CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application to dispense with printing granted. Settle order on notice.

Joseph F. IVES, appellant, v. MERRILL HOSIERY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Joseph F. IVES, appellant, v. MERRILL HOSIERY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, without costs.

In the matter of the judicial settlement of the account of Elizabeth Pratt de Gasquet JAMES, as executrix of the will of Amedee de Gasquet James, deceased. Elizabeth Pratt de Gasquet James, applt. George Watson Pratt de Gasquet James et al., respts. (Supreme Court, Appellate Division, Third Department. September 20, 1916.) For former opinion, see 159 N. Y. Supp. 140. Motion for reargument denied. Motion to go to the Court of Appeals granted. The following questions are certified: (1) Did the judgment of the French court (Respondents' Exhibit A) and the proceedings of the appellant thereunder estop the appellant from claiming an interest in the American property of the testator under the French law of community? (2) Is the appellant estopped by her petition, answer, account, and stipulations, and the conduct of the proceedings in the Surrogate's Court, from now claiming any interest in the American estate? (3) Upon the entire record herein, can the French law of community apply to the matrimonial property rights of the testator and the appellant? (4) Has the Appellate Division power upon this record to direct that an open commission issue to take testimony in France?

JAMES L. BULL & CO. v. Blatrus S. YANKAUS. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Ida M. JARVIS, appellant, v. Anna S. SEES, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

William P. JEFFERY v. Archibald SELWYN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted; question certified. Order filed.

Joseph J. JERMYN v. Frederick F. SEARING and Others. (Supreme Court, Appellate Division, First Department. January, 1916.) Motion for stay granted on terms stated in memorandum per curiam. Order to be settled on notice.

J. L. LASKY FEATURE PLAY CO. v. FOX–FILM CORPORATION. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of the Examination of Holmes JONES, in Supplementary Proceedings, etc. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order reversed, with $10 costs and disbursements against the respondent Jones, and the motion to set aside the service of the subpœna granted, with $10 costs against the said respondent, upon the ground that under section 852 of the Code of Civil Procedure exhibition of the original subpœna was essential to constitute valid service. See, also, Matter of Depue, 185 N. Y. 60, 77 N. E. 798, and Matter of Foster, 139 App. Div. 769, 124 N. Y. Supp. 667, 675. Carr, Stapleton, Mills, and Rich, JJ., concur. Jenks, P. J., not voting.

Lodowick Holmes JONES, applt., v. Harry T. RAMSDELL et al., respts. (Supreme Court, Appellate Division, Fourth Department.